**UNITED STATES DISTRICT COURT**
~~SOUTHERN DISTRICT OF NEW YORK~~ District of Rhode Island

Latrall E. Mangum

~~Plaintiff,~~
Petitioner

**-against-**

The United States of America

~~Defendants.~~
Respondent.

**APPLICATION FOR APPOINTMENT OF COUNSEL**

Case No. 04-0001ML

CA 05 241 ML

**Civ. ____ ( )**

1. **Name of applicant** Latrall E. Mangum

2. **Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)**

   Please see attached memorandum.

3. **Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)**

   Please see attached memorandum.

4. **If you need a lawyer who speaks in a language other than English, state what language you speak: ________**

**I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.**

**I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.**

**I understand that if my answers on my Application to Proceed *In Forma Pauperis* are false, my case can be dismissed.**

**I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Procedures Regarding Appointment of Attorneys in *Pro Se* Civil Actions.**

**Dated:** May 25, 2005

Latrall Mangum
**Signature**

3

# DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF NEW YORK~~ District of Rhode Island

Latrall E. Mangum
(petitioner/plaintiff)

-v-

The United States of America
(respondent(s)/defendant(s)

I, Latrall E. Mangum, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

2. If you are **NOT PRESENTLY EMPLOYED**, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

Clean Scape PROV., RI FOR 6month AT $1200$ Month

3. Have you ever received, within the past twelve months, any money form any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession, or form of self-employment? | YES___ | NO X |
| b. | Rent payments, interest, or dividends? | YES___ | NO X |
| c. | Pensions, annuities, or life insurance payments? | YES___ | NO X |
| d. | Gifts or inheritances? | YES___ | NO X |
| e. | Any form of public assistance? | YES___ | NO X |
| f. | Any other sources? | YES___ | NO X |

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

_______________________________________________

4. Do you own any cash or do you have money in a checking or savings account?

YES X NO ~~X~~ (Including any funds in prison accounts)
If the answer is yes, state the total value owned.

$11.73 IN PRISON ACCOUNT

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
YES___ NO X
If the answer is yes, describe the property and state its approximate value.

_______________________________________________

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

_______________________________________________

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

_______________________________________________

8. State any special financial circumstances which the court should consider in this application.

_______________________________________________

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this 25th day of May, ~~19~~ XX 2005.

[signature]
(signature)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Latrall E. Mangum

-against-

The United States of America

**AFFIRMATION OF SERVICE**
____Civ.____ (    )

I, Latrall E. Mangum, declare under penalty of perjury that I have served a copy of the attached Application for Appointment of Counsel upon Kenneth P. Madden, Assistant U.S. Attorney

whose address is: 50 Kennedy Plaza--8th Floor, Providence, RI 02903.

Dated: May 25, 2005
~~New York, New York~~ Otisville, NY

Latrall Mangum
Signature

FCI Otisville
Address

P.O. Box 1000
Otisville, NY 10963
City, State & Zip Code