**UNITED STATES DISTRICT COURT**
~~**SOUTHERN DISTRICT OF NEW YORK**~~ District of Rhode Island

Latrall E. Mangum
~~Plaintiff,~~ Petitioner
**-against-**
The United States of America
~~Defendants.~~ Respondent.

**APPLICATION FOR APPOINTMENT OF COUNSEL**
Case No. 04-00011ML

CA 05-241ML

FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1. **Name of applicant** Latrall E. Mangum

2. **Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)**
   Please see attached memorandum.

3. **Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)**
   Please see attached memorandum.

4. **If you need a lawyer who speaks in a language other than English, state what language you speak:** ______________

**I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.**

**I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.**

**I understand that if my answers on my Application to Proceed <u>in Forma Pauperis</u> are false, my case can be dismissed.**

**I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Procedures Regarding Appointment of Attorneys in <u>Pro Se</u> Civil Actions.**

**Dated:** May 25, 2005

[Signature: Latrall Mangum]
**Signature**

[Handwritten in margin:] Denied. Mary M. Lisi USDJ 6/9/05