IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LATRALL E. MANGUM | ) | |
| | ) | |
| vs. | ) | C.A. 05-241ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U.S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition to July 22, 2005. For grounds, the undersigned Assistant U. S. Attorney states that he requires additional time to review the file.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on 7th day of July, 2005, I mailed a true copy of the within Government's Motion For Extension Of Time, ordinary mail and postage prepaid, to:

Latrall E. Mangum
Reg. No. 05407-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

____________________________