UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LATRALL E. MANGUM :

VS. : CA 05-241ML

UNITED STATES OF AMERICA :

## MOTION TO CONTINUE

NOW COMES the Plaintiff, Latrall E. Mangum, and through counsel hereby moves this Honorable Court to continue the within matter currently scheduled for February 16, 2006 for an additional thirty (30) days. In support of this motion, defense counsel states the additional time is needed to determine the whereabouts of Mr. Mangum and allow time to meet with the plaintiff and discuss the issues raised in the motion to vacate filed in this case.

Latrall E. Mangum
By his Attorney,

Kevin J. Fitzgerald, AFD
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## Certification

I hereby certify that on this 10th day of February, 2006 I hand-delivered a true copy of the within motion to Kenneth Madden, AUSA, Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Granted. Mary M. Lisi USDJ 2/14/06