# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**LATRALL E. MANGUM**

**v.** **C.A. 05-241ML**

**UNITED STATES OF AMERICA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendant, United States of America, against the plaintiff, Latrall E. Mangum, pursuant to the Memorandum and Order dated March 27, 2006 DENYING the plaintiff's Motion to Vacate, Set Aside or Correct Sentenc pursuant to 28 U.S.C. § 2255.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: March 27, 2006**