UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

April 4, 2006

CLERK OF COURT
U.S. Court of Appeals - U.S. Courthouse
Suite 2500
One Courthouse Way
Boston, MA 02210

RE: CA 05-241ML
Latrall E. Mangum v. USA

Dear Clerk of Court:

Enclosed herewith you will find a certified copy of Mr. Mangum's Notice of Appeal, together with a certified copy of the docket entries in the above entitled case. Please note that Mr. Cabrera's Motion for Certificate of Appealability is pending in district court.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

J. Duhamel
DEPUTY CLERK

**Enc.: Certified copies of:**
**Notice of Appeal (Doc# 17); Request for Certificate of Appealability (Doc# 16); Judgment (Doc# 15); Memorandum and Order (Doc# 14)**
**Certified docket**

CCA# 06-1592