UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 05-241 ML

LATRALL E. MANGUM

ORDER

Petitioner has moved for a certificate of appealability. The motion is denied because Petitioner has failed to demonstrate a substantial showing of a denial of a federal right and he has failed to show that the issues he seeks to raise before the court of appeals are debatable among reasonable jurists.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
April 25, 2006