# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*April 26, 2006*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2500*
*Boston, MA 02210*

*RE: USA vs. Latrall E. Mangum*
*USDC-RI CA 05-241ML*
*USCA # 06-1592*

*Dear Mr. Donovan:*

*Enclosed herewith you will find a supplement on appeal relative to the above-captioned appeal.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Barbara L. Barletta*
*Deputy Clerk*

*Enc. Order denying Motion for Certificate of Appealability*