**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LATRALL E. MANGUM** | : | |
| **VS.** | : | **1:05-CV-00241-ML** |
| **UNITED STATES OF AMERICA** | : | |

**NOTICE OF APPEAL**

NOW COMES the plaintiff in the above-entitled matter and hereby notices his appeal to the First Circuit Court of Appeals of the denial of his request for a certificate of appealability which was denied by United States District Judge Mary M. Lisi on April 25, 2006.

Latrall E. Mangum
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 28th day of April, 2006, I hand-delivered a true copy of the within notice to Kenneth Madden, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.