UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

May 1, 2006

CLERK OF COURT
U.S. Court of Appeals - U.S. Courthouse
Suite 2500
One Courthouse Way
Boston, MA 02210

RE: CA 05-241ML **CCA# 06-1592** (as to 4/3/06 NOA)
Latrall E. Mangum v. USA

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL. Please note that on 4/4/06, this court forwarded to your court a certified copy of Mr. Mangum's 4/3/06 Notice of Appeal. On 4/28/06, appellant filed an additional Notice of Appeal as to this Court's order denying appellant's request for a certificate of appealability.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Encl.: case file CA 05-241ML (instant civil matter); case file CR 04-011ML (related criminal matter); certified docket as to both cases**