05-00241
USDC-RIPR
J. Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

CR 04-11ML

No. 06-1726

LATRALL E. MANGUM

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

2006 MAY 16 P 4:42

**JUDGMENT**

Entered: May 16, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No.**06-1592**.

**Mandate to issue forthwith.**

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 5/16/06

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[cc: Kevin J. Fitzgerald, AFPD, Kenneth P. Madden, AUSA, Latrall E. Mangum - defendant]