UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

June 21, 2006

CLERK OF COURT
U.S. Court of Appeals - U.S. Courthouse
Suite 2500
One Courthouse Way
Boston, MA 02210
Attn: Donna Barchard

RE: CA 05-241ML **CCA# 06-1592**
Latrall E. Mangum v. USA

Dear Ms. Barchard:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL, along with the certified docket.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Encl.: Presentence Report [sealed] re: related criminal case CR 04-011ML**