05-00241
USDC-RIPR
J. Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1592

2006 SEP 19 A 9: 32
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

LATRALL E. MANGUM,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

JUDGMENT

Entered: July 27, 2006

Petitioner's request for a certificate of appealability is denied. We add only the following.

The district court supportably found that, after being advised by counsel, petitioner accepted counsel's advice not to appeal. Since petitioner does not appear to have given explicit instructions not to appeal, the court was correct in analyzing this case as one where the defendant had not clearly conveyed his wishes one way or the other about an appeal. Even if we then assume arguendo that counsel was deficient in failing to make a reasonable effort to discover petitioner's desires after counsel advised him about an appeal, petitioner still fails to show prejudice from that deficiency because the court found that he had not instructed his counsel to file an appeal after he had received reasonable advice about an appeal. See Roe v. Flores-Ortega, 528 U.S. 470, 486 (2000)("evidence [of deficient performance] alone is insufficient to [show prejudice because it does not] establish that, had the defendant received reasonable advice from his counsel about the appeal, he would have instructed his counsel to file an appeal").

The certificate of appealability is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and issued as Mandate under Fed. R. App. P. 41.
Richard Cushing Donovan, Clerk
[signature]
Deputy Clerk
Date: 9/19/06

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Kevin J. Fitzgerald, AFPD, Kenneth P. Madden, AUSA, Donald Lockhart, AUSA ]